DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIGUELAILLE PIERRE,**
Appellant,

v.

**RENAUD JEAN-BAPTISTE, MARIE JEAN-BAPTISTE,** and **MAURICE JEAN-BAPTISTE,**
Appellees.

No. 4D21-2786

[August 11, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE20-005336.

Eugene H. Steele, Fort Lauderdale, and Scott M. Schirrman, Deerfield Beach, for appellant.

Mark F. Booth of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***